MARY TESTERMAN DUVOISIN, ATTORNEY #163514
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SULLIVAN INTERNATIONAL GROUP, INC.,<br><br>Debtor. | Case No. 15-02281-LT11<br><br>APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. §1102, the United States Trustee hereby appoints the following members to serve on the Official Committee of Unsecured Creditors:

**CREDITOR**

Denovo Constructors
100 S. Wacker Dr.
Suite LL1-50
Chicago, IL 60606

Tetra Tech
410 Exchange #150
Irvine, CA 92602

**REPRESENTATIVE**

Sam Mangrum
312-733-9370

Roger Argus
626-525-7188

| | | |
|---|---|---|
| 1 | Park Construction Company | Jeff Carlson |
| 2 | 1481 81st Ave, NE | 763-786-9800 |
|   | Minneapolis, MN 55432 | |
| 3 | | |
| 4 | Energy Solutions | Scott Michelson |
|   | Government Group, Inc. | 509-375-9811 |
| 5 | PO LockBox 95000-1132 | |
| 6 | Philadelphia, PA 19195 | |
| 7 | | |
| 8 | Wittie, Letsche & Waldo | Pat Wittie |
|   | 915 15th Street NW | 202-686-5306 |
| 9 | 2nd Floor | |
| 10 | Washington, DC 20005 | |
| 11 | | |
|    | Lawson Environmental Svcs | Cecil Lawson |
| 12 | 2108 Denley Rd. | 985-876-0420 |
|    | Houma, LA 70363 | |
| 13 | | |
| 14 | Meyer Contracting, Inc. | Paul Meyer |
|    | 11000 93rd Ave., North | 763-391-5940 |
| 15 | Minneapolis, MN 55369 | |
| 16 | | |
| 17 | | Respectfully submitted, |
| 18 | | |
|    | | TIFFANY L. CARROLL |
| 19 | | ACTING UNITED STATES TRUSTEE |
| 20 | | |
| 21 | Dated: April 30, 2015 | By: /s/ Mary Testerman DuVoisin |
|    | | Mary Testerman DuVoisin |
| 22 | | Trial Attorney for the |
|    | | Acting United States Trustee |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |