MARY TESTERMAN DUVOISIN, ATTORNEY #163514
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SULLIVAN INTERNATIONAL GROUP, INC.,<br><br>            Debtor(s). | Case No. 15-02281-LT11<br><br>*AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. §1102, the United States Trustee hereby appoints the following members to serve on the Official Committee of Unsecured Creditors:

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| DeNovo Constructors Inc<br>100 S Wacker Drive, Suite LL1-50<br>Chicago, IL 60606 | William J. Broderick<br>312-646-6721<br>312-733-9320 (Facsimile)<br>bbroderick@denovogrp.com |
| Tetra Tech, Inc<br>1230 Columbuia Street, Suite 1000<br>San Diego CA 92101 | Roger Argus<br>619-321-6714<br>619-525-7186 (Facsimile)<br>rogerargus@tetratech.com |

*Amended to provide complete information

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Park Construction Company<br>1481 81st Avenue NE<br>Spring Lake MN 55432 | Jeff Carlson, President / CEO<br>763-786-9800<br>763-786-2952 (Facsimile)<br>jcarlson@parkconstruction.com |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Energy Solutions<br>423 W 300 S, Suite 200<br>Salt Lake City, UT 84101 | Scott Michelsen<br>801-649-2201<br>sdmichelsen@energysolutions.com |
| 8 | | |
| 9 | | |
| 10 | Wittie Letsche & Waldo LLP<br>3847 Macomb Street, NW<br>Washington, DC 20016-3704 | Patricia H. Wittie<br>202-686-5306<br>pwittie@wittielawdc.com |
| 11 | | |
| 12 | | |
| 13 | Lawson Environmental Service<br>2108 Delaney Road<br>Houma, LA 70363 | 985-876-0420<br>985-876-0270 (Facsimile)<br>RHAIK@ATT.NET |
| 14 | | |
| 15 | | |
| 16 | Meyer Construction, Inc<br>11000 93rd Avenue N<br>Maple Grove, MN 55369 | Charlie Kramer<br>763-391-5958<br>763-391-5960<br>ckramer@meyerci.com |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Cascade Drilling LP<br>PO Box 1184<br>Woodinville, WA 98072 | Stephany West<br>425-527-9834<br>swest@cascadedrililng.com |
| 21 | | |
| 22 | | |
| 23 | / / / / | |
| 24 | / / / / | |
| 25 | | |
| 26 | | |
| 27 | *Amended to provide complete information | |
| 28 | | |

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| McMillin NTC 903/904 LLC<br>2750 Womble Road, Suite 200<br>San Diego, CA 92106 | Ceci Doty<br>619-794-1579<br>619-794-1604 (Facsimile)<br>cdoty@mcmillin.com |

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: May 5, 2015     By:   /s/ Mary Testerman DuVoisin
Mary Testerman DuVoisin
Trial Attorney for the
Acting United States Trustee

*Amended to provide complete information