TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: SULLIVAN INTERNATIONAL GROUP, INC.

Number: 15-02281-LT7

Hearing: 09:30 AM Thursday, September 2, 2021

Motion: FIFTH AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND CONSULTANTS TO THE ESTATE FILED BY: BAKER TILLY US, LLP FKA SQUAR MILNER LLP, ACCOUNTANTS/CONSULTANTS TO CHRISTOPHER R. BARCLAY

The Court reviewed the fifth and final application for fees and costs of Baker Tilly US, LLP fka Squar Milner LLP ("Firm") dated August 5, 2021 (the "Application") and finds it appropriate as to form and content. The Court reviewed the Docket and determined that no opposition was filed. Therefore, the Court grants the Application and awards final fees and costs as follows:

Fees for period May 1, 2019, through August 2, 2021: $20,035.50

Costs for period May 1, 2019, through August 2, 2021: $183.20

Additional fees for necessary and actually incurred costs and services through close of case up to $7,500.00.

Further, as requested in the Application, the Court allows as final all prior interim awards of fees and expenses, and authorizes payment of the final fees and costs and all outstanding amounts from prior awards.

The Court thanks the Firm for its work on behalf of the estate. Attendance at the hearing scheduled for September 2, 2021, at 9:30 a.m. is excused, and the Firm may submit its order forthwith.