# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | SULLIVAN INTERNATIONAL GROUP, INC. |
| **Case Number:** | 15-02281-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 02, 2021 09:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matters:

1) FIFTH AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND CONSULTANTS TO THE ESTATE FILED BY  : BAKER TILLY US, LLP FKA SQUAR MILNER LLP, ACCOUNTANTS/CONSULTANTS TO CHRISTOPHER R . BARCLAY

2) SIXTH AND FINAL APPLICATION FOR AN AWARDING COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY FINLAYSON TOFFER ROOSEVELT  & LILLY LLP IN CONNECTION WITH ITS REPRESENTATION OF THE CHAPTER  7 TRUSTEE FILED BY: FINLAYSON TOFFER ROOSEVELT & LILLY LLP , COUNSEL FOR CHRISTOPHER R. BARCLAY , CHAPTER 7 TRUSTEE

### Appearances:

NO APPEARANCES

### Disposition:

1-2) Granted pursuant to the Court's Tentative Rulings . Orders to be submitted by Movant.