**CSD 1144** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jesse S. Finlayson, SBN 179443
jfinlayson@ftrlfirm.com
Finlayson Toffer Roosevelt & Lilly LLP
15615 Alton Parkway, Suite 270
Irvine, CA 92618
Phone: 949.759.3810 / Fax: 949.759.3812

Order Entered on
September 3, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

SULLIVAN INTERNATIONAL GROUP, INC.

Debtor.

BANKRUPTCY NO. 15-02281-LT7

Date of Hearing: September 2, 2021
Time of Hearing: 9:30 a.m.
Name of Judge: Hon. Laura S. Taylor

## ORDER APPROVING ☐ INTERIM ☑ FINAL APPLICATION OF
## FINLAYSON TOFFER ROOSEVELT & LILLY LLP
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion Docket Entry No. __1297__.

//
//
//
//
//
//

DATED: September 3, 2021

_[signature]_
Judge, United States Bankruptcy Court

**CSD 1144**

**CSD 1144** [07/01/18] **(Page 2)**
ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
DEBTOR: SULLIVAN INTERNATIONAL GROUP, INC.     CASE NO: 15-02281-LT7

The ☐ interim ☑ final application for allowance of compensation and reimbursement of expenses of the party or parties named below came on regularly for hearing on the above date and time, the Honorable <u>Laura S. Taylor</u>, United States Bankruptcy Judge, presiding.

It appearing that proper notice was given and the Court having considered the application and papers filed in support thereof, and for good cause appearing therefor,

**It is hereby ordered** as follows:

1. The following interim fees and expenses for the period beginning _____ and ending _____ are allowed and authorized for immediate payment to applicant.

<u>Applicant</u>:
(Include state bar number, if any, and type of professional)

|  | Amount Requested | Allowed | Authorized for Payment |
|---|---|---|---|
| Fees: | $ | $ | $ |
| Costs: | $ | $ | $ |
| Totals: | $ 0.00 | $ 0.00 | $ 0.00 |

2. The following interim fees and expenses were previously allowed but not authorized for payment and are now allowed and authorized for immediate payment to applicant.

<u>Applicant</u>:
(Include state bar number, if any, and type of professional)

|  | Authorized for Payment |
|---|---|
| Fees: | $ |
| Costs: | $ |
| Totals: | $ 0.00 |

3. The following final fees and expenses are allowed and authorized for immediate payment to applicant.

<u>Applicant</u>: Finlayson Toffer Roosevelt & Lilly LLP / Jesse S. Finlayson, SBN 179443 - Attorneys for Trustee
(Include state bar number, if any, and type of professional)

|  | Allowed and Authorized for Payment |
|---|---|
| Fees: | $ 95,675.00 |
| Costs: | $ 1,427.86 |
| Totals: | $ 97,102.86 |

The trustee is authorized to pay <u>Finlayson Toffer Roosevelt & Lilly LLP</u>, without the need of an additional notice, hearing or court order, the actual amount accrued not to exceed $<u>   5,000.00</u> for compensation and costs of any miscellaneous work performed in connection with closing this case, subject to the trustee's review and approval of the additional fees and costs.

Payment of all fees and expenses will be made at the discretion of the trustee, if one has been appointed.

All fees and costs allowed by this order may be subject to disgorgement.

The Court allows as final all prior interim awards of fees and expenses, and authorizes payment of the final fees and costs and all outstanding amounts from prior awards.

**CSD 1144**

Signed by Judge Laura Stuart Taylor September 3, 2021

United States Bankruptcy Court

Southern District of California

| | |
|---|---|
| In re: | Case No. 15-02281-LT |
| Sullivan International Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 6 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdfO9 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sullivan International Group, Inc., 2750 Womble Road, Suite 100, San Diego, CA 92106-6114 |
| aty | + | Stephanie Lemos, Gordon & Rees LLP, 101 W Broadway, Suite 2000, San Diego, CA 92101-8221 |
| ent | + | 3C Advisors & Associates, Inc., Polek Law, 3033 Fifth Avenue, Suite 225, San Diego, CA 92103-5828 |
| cr | + | Action Target, Inc., 1215 Fourth Avenue, Suite 1235, Seattle, Wa 98161, UNITED STATES 98161-1026 |
| intp | + | Aetna, Inc., c/o Payam Khodadadi, Esq., McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501 |
| acc | + | Baker Tilly US, LLP, San Diego, 3655 Nobel Drive, Suite 300, San Diego, CA 92122-1050 |
| cl | + | Ballard Spahr LLP, 655 West Broadway, Suite 1600, San Diego, CA 92101-8494 |
| cr | + | Beelman Logistics, LLC, 30 North LaSalle, Suite 2900, Chicago, IL 60602-2511 |
| cr | + | Bridge Bank, N.A., c/o Jeffrey D. Cawdrey, Gordon & Rees LLP, 101 West Broadway, Suite 2000, San Diego, CA 92101-8221 |
| cr | + | Coral Capital Solutions, LLC, c/o R. Gibson Pagter, Jr., PAGTER AND PERRY ISAACSON, 525 N. Cabrillo Park Drive Ste 104, Santa Ana, CA 92701-5017 |
| cr | + | Dolphin Island, Inc., DBA Island Staffing, 1895 Avenida Del Oro #5907, Oceanside, Ca 92052-0279 |
| op | | Donlin, Recano & Company, Inc., 224th Street, Del Mar, CA 92014 |
| cr | ++ | ENERGY SOLUTIONS, 299 SOUTH MAIN STREET SUITE 1700, SALT LAKE CITY UT 84111-2279 address filed with court:, Energy Solutions, 299 South Main Street, Suite 1700, Salt Lake City, UT 84111 |
| cr | + | Flexible Liner Underground Technologies, LLC, c/o Martin A. Eliopulos, Esq., Higgs Fletcher & Mack LLP, 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| cr | + | Gabriel L. Samrock, 5169 Catoctin Drive, San Diego, CA 92115-1518 |
| cr | + | Hayvan Solutions, Inc., 2358 University Ave., #49, San Diego, CA 92104-2720 |
| cr | + | HelperBroom, LLC, 130 North Main Street, Edwardsville, IL 62025-1902 |
| cr | + | James C. McDearmon, 8627 E. Vis De Los Libros, Scottsdale, AZ 85258-3509 |
| cr | + | Joe D. Campbell, 612 Avenida Celaya, Santa Fe, NM 87506-3439 |
| cr | + | Kevin L. Hayford, 2358 University Ave., #49, San Diego, CA 92104-2720 |
| cr | + | King & Ballow, King & Ballow Law Offices, 1999 Avenue of the Stars, Suite 1100, Century City, CA 90067-4618 |
| cr | + | Leidos, Inc., c/o Law Office of Christine E. Baur, 4653 Carmel Mountain Road, Suite 308 #332, San Diego, CA 92130-6650 |
| cr | + | Liberty Mutual Insurance Company, c/o Edward Rubacha, Jennings, Haug & Cunningham, LLP, 2800 N. Central Ave., Ste. 1800, Phoenix, AZ 85004-1049 |
| pty | + | Linda Estrin, 9510 Coyle Road, Apt. 403, Owing Mills, MD 21117-7555 |
| pty | | Mona L. Burton, Holland & Hart LLP |
| cr | + | Northwest Administrators, Inc., c/o Russell J. Reid & Thomas A. Leahy, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA 98119-4116 |
| cr | + | Park Construction Company, 1481 81st Avenue, NE, Minneapolis, MN 55432-1795 |
| pty | + | Reid, McCarthy, Ballew, & Leahy, LLP, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA 98119-4116 |
| cr | + | Rik Lantz, P.G., 3737 N Paulina, Chicago, IL 60613-3625 |
| cr | + | Sarah Campbell, PO Box 160001, Big Sky, MT 59716-0001 |
| cr | + | Select Transport, Inc., c/o Law Office of Christine E. Baur, 4653 Carmel Mountain Road, Suite 308 #332, San Diego, CA 92130-6650 |
| cr | + | Steven Edward Sullivan, 2358 University Ave., #49, San Diego, CA 92104-2720 |
| cr | + | Summit Drilling Company, Inc., 81A Chimney Rock Road, Bridgewater, NJ 08807-3179 |
| cr | + | TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN, INDUSTRIAL AN, c/o Reich, Adell & Cvitan, 3550 Wilshire Blvd., Suite 2000, Los Angeles, CA 90010-2421 |
| cr | + | Tetra Tech, Atten: William M. Rathbone, Gordon & Rees LLP, 101 West Broadway, Suite 2000, San Diego, CA 92101-8221 |
| intp | + | The United States, The U.S. Attorney's Office, 880 Front St., Rm. 6293, San Diego, CA 92101-8807 |
| cr | + | Timothy Elmer Davis, 1874 Tulip Street, San Diego, CA 92105-5150 |
| cr | + | Timothy Maley, 2839 NW 56th St., #108, Seattle, WA 98107-4279 |

| District/off: 0974-3 | User: Admin. | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: pdfO9 | Total Noticed: 42 |
| TOTAL: 38 | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustp.region15@usdoj.gov | Sep 03 2021 22:43:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| cr | Email/Text: mspurrier@nationalfunding.com | Sep 03 2021 22:43:00 | Quick Bridge Funding LLC, 410 Exchange, Suite 150, Irvine, CA 92602 |
| acc | + Email/Text: schiang@squarmilner.com | Sep 03 2021 22:43:00 | Squar Milner LLP, San Diego, 3655 Nobel Drive, Suite 300, San Diego, CA 92122, UNITED STATES 92122-1050 |
| cl | + Email/Text: rudolph@sullivanhill.com | Sep 03 2021 22:43:00 | Sullivan Hill Lewin Rez & Engel APLC, 550 West C Street Suite 1500, San Diego, CA 92101-3570 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AFCO Acceptance Corporation |
| cr | | Anne Catherine Lawrence |
| cr | | Heather Levesque |
| cr | | Lawson Environmental Service L.L.C. |
| intp | | Ross Epstein |
| cr | | Sarah Campbell |
| pty | | Tessa McCrae |
| cr | ##+ | Analytical Services, Analytical Services, 402 N. West Street, Culpeper, VA 22701-2634 |
| cr | ##+ | DACA VI LLC, 1565 Hotel Circle S, #310, San Diego, CA 92108-3419 |
| cr | ##+ | Deborah Finney, 16505 La Cantera Pkwy #1922, San Antonio, TX 78256-2413 |
| cr | ##+ | Patrick Bradley, 512 N. 5th Ave., Ann Arbor, MI 48104-1110 |
| cr | ##+ | Robert Thompson, 635 W. Grape Street, Unit 1606, Chicago, IL 60613-4032 |

TOTAL: 7 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ajay Gupta | on behalf of Defendant Raising the Standard Consulting Inc. ajay@guptalc.com, guptaar87864@notify.bestcase.com |

| | |
| --- | --- |
| Ajay Gupta | on behalf of Defendant Prometheus Construction ajay@guptalc.com  guptaar87864@notify.bestcase.com |
| Alan Vanderhoff | on behalf of Creditor Denovo Constructors  Inc. alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net |
| Andrew Chisholm | achisholm@mpba.com |
| Beth A. Clukey | on behalf of Interested Party The United States beth.clukey@usdoj.gov  efile.dkt.civ@usdoj.gov |
| Beth A. Clukey | on behalf of Creditor Beth A. Clukey beth.clukey@usdoj.gov  efile.dkt.civ@usdoj.gov |
| Beth A. Clukey | on behalf of Interested Party United States beth.clukey@usdoj.gov  efile.dkt.civ@usdoj.gov |
| Beth A. Clukey | on behalf of United States Department of Justice United States beth.clukey@usdoj.gov  efile.dkt.civ@usdoj.gov |
| Chad Schexnayder | on behalf of Creditor Liberty Mutual Insurance Company CLS@jhc-law.com  sh@jhc-law.com |
| Christine E. Baur | on behalf of Defendant Environmental Quality Management  Inc. christine@baurbklaw.com, admin@baurbklaw.com |
| Christine E. Baur | on behalf of Creditor Select Transport  Inc. christine@baurbklaw.com, admin@baurbklaw.com |
| Christine E. Baur | on behalf of Defendant Leidos  Inc. christine@baurbklaw.com, admin@baurbklaw.com |
| Christine E. Baur | on behalf of Creditor Leidos  Inc. christine@baurbklaw.com, admin@baurbklaw.com |
| Christine E. Baur | on behalf of 3rd Party Plaintiff Environmental Quality Management  Inc. christine@baurbklaw.com, admin@baurbklaw.com |
| Christopher Barclay | admin@crb7trustee.com  qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com |
| Christopher Barclay | on behalf of Trustee Christopher Barclay admin@crb7trustee.com  qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com |
| Christopher Celentino | on behalf of Claimant Ballard Spahr LLP chris.celentino@dinsmore.com  caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM |
| Christopher Celentino | on behalf of Creditor Committee Official Committee of Unsecured Creditors chris.celentino@dinsmore.com  caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM |
| Christopher Green | on behalf of Creditor Weston Solutions  Inc. cgreen@ptwww.com, chrisgreenucla@gmail.com |
| David Marshall | on behalf of Creditor Tetra Tech mto@debtsd.com;vh@debtsd.com |
| Edward Rubacha | on behalf of Creditor Liberty Mutual Insurance Company er@jhc.law  am@jhc-law.com;cls@jhc-law.com;docket@jhc-law.com |
| Frank J. Polek | on behalf of Defendant 3C Advisors & Associates  Inc. frank@poleklaw.com |
| Frank J. Polek | on behalf of Defendant STEPHEN C JONES frank@poleklaw.com |
| Frank J. Polek | on behalf of Entity 3C Advisors & Associates  Inc. frank@poleklaw.com |
| Gary Owen Caris | on behalf of Creditor High Desert Support Services  LLC gcaris@btlaw.com |
| Gary Owen Caris | on behalf of Creditor High Desert Services LLC gcaris@btlaw.com |
| Gerald P. Kennedy | on behalf of Creditor Neal L. Clements gerald.kennedy@procopio.com  kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of 3rd Party Plaintiff Neal Clements gerald.kennedy@procopio.com |

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 4 of 6 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdfO9 | Total Noticed: 42 |

|  |  |
|---|---|
|  | kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of 3rd Party Plaintiff John Kirschbaum gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Other Prof. William E. Ulmer gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Defendant Neal Clements gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Other Prof. Southern California Soil & Testing  Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Other Prof. John Kirschbaum gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Creditor William E. Ulmer gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Creditor Neal W. Clements gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Defendant Summit Drilling Company  Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Other Prof. Neal Clements gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Defendant John Kirschbaum gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| Gerald P. Kennedy | on behalf of Defendant Challenger Construction Corporation gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com |
| James P. Hill | on behalf of Debtor Sullivan International Group  Inc. Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com |
| James P. Hill | Hill@sullivanhill.com |
| Jeffrey Broker | on behalf of 3rd Party Plaintiff Fortress National Group  LLC jbroker@brokerlaw.biz |
| Jeffrey Broker | on behalf of Cross-Claimant Fortress National Group  LLC jbroker@brokerlaw.biz |
| Jeffrey Broker | on behalf of Defendant Fortress National Group  LLC jbroker@brokerlaw.biz |
| Jeffrey D. Cawdrey | on behalf of Creditor Bridge Bank  N.A. jcawdrey@gordonrees.com, sdurazo@grsm.com |
| Jesse S. Finlayson | on behalf of Plaintiffs Christopher R. Barclay  Chapter 7 Trustee jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com |
| Jesse S. Finlayson | on behalf of Plaintiffs Christopher Barclay jfinlayson@ftrlfirm.com  hkader@ftrlfirm.com |
| Jesse S. Finlayson | on behalf of Plaintiffs Christopher R. Barclay jfinlayson@ftrlfirm.com  hkader@ftrlfirm.com |
| Jesse S. Finlayson | on behalf of Trustee Christopher Barclay jfinlayson@ftrlfirm.com  hkader@ftrlfirm.com |
| John W. Cutchin | on behalf of Defendant Craig W. Melson jcutchin@san.rr.com |
| John W. Cutchin | on behalf of Defendant Analytical Services  Incorporated jcutchin@san.rr.com |

Joseph R. Dunn
                on behalf of Interested Party Nobis Engineering Inc. jrdunn@mintz.com, tlmayo@mintz.com;aobrient@mintz.com;docketing@mintz.com

Kelly Ann Mai Khanh Tran
                on behalf of Creditor Federal National Payables Inc. dba Federal National Commercial Credit kelly@smalllawcorp.com, katelin@smalllawcorp.com

Kit J. Gardner
                on behalf of Creditor Envirosmart Inc. kgardner@gardnerlegal.com

Kurt Rifbjerg
                on behalf of Creditor McMillin Companies LLC, a Delaware limited liability company , Rebecca.fortune@kts-law.com

Laurie Cayton
                on behalf of United States Trustee United States Trustee laurie.cayton@usdoj.gov

Lawrence J Hilton
                on behalf of Interested Party VERIZON BUSINESS NETWORK SERVICES INC. lhilton@onellp.com, lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com

Martin A. Eliopulos
                on behalf of Defendant FLEXIBLE LINER UNDERGROUND TECHNOLOGIES LLC elio@higgslaw.com, begaym@higgslaw.com

Martin A. Eliopulos
                on behalf of Creditor Flexible Liner Underground Technologies LLC elio@higgslaw.com, begaym@higgslaw.com

Mary Testerman Duvoisin
                on behalf of United States Trustee United States Trustee USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov

Megan Adeyemo
                on behalf of Creditor Bridge Bank N.A. madeyemo@gordonrees.com, asoto@grsm.com

Michael D. Breslauer
                on behalf of Creditor Steven Sullivan mbreslauer@swsslaw.com wyones@swsslaw.com

Michael T. O'Halloran
                on behalf of 3rd Party Defendant Tetra Tech Inc. mto@debtsd.com, vh@debtsd.com

Michael T. O'Halloran
                on behalf of Creditor Tetra Tech mto@debtsd.com vh@debtsd.com

Michael T. O'Halloran
                on behalf of 3rd Party Defendant Tetra tech em inc. mto@debtsd.com, vh@debtsd.com

Natalia Bautista
                on behalf of Creditor TEAMSTERS CHAUFFEURS, WAREHOUSEMEN, INDUSTRIAL AND ALLIED OWRKERS OF AMERICA, LOCAL 166 nataliab@rac-law.com

Neal Salisian
                on behalf of Defendant Quick Bridge Funding LLC neal.salisian@salisianlee.com

Pamela Joyce Smith
                pamela.smith@crowe.com

Patricia Waldeck
                on behalf of Creditor Northwest Administrators Inc. pswaldeck@cs.com, dgarretson@gslaw.org

Paul H. Duvall
                on behalf of Creditor King & Ballow pduvall@kingballow.com sjohnson@kingballow.com

Paul J Leeds
                on behalf of Creditor Bruce Quattrone leedsp@higgslaw.com begaym@higgslaw.com

Payam Khodadadi
                on behalf of Interested Party Aetna Inc. pkhodadadi@mcguirewoods.com

R. Gibson Pagter, Jr.
                on behalf of Creditor Coral Capital Solutions LLC gibson@ppilawyers.com, ecf@ppilawyers.com

Sean Simpson
                on behalf of Defendant Certain Underwriters At Lloyd's London Sean.Simpson@clydeco.us conchita.nickles@clydeco.us

Thomas Fawkes
                on behalf of Creditor Committee Official Committee of Unsecured Creditors thomas.fawkes@tuckerellis.com brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas Fawkes
                on behalf of Attorney Goldstein & McClintock LLLP thomas.fawkes@tuckerellis.com brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas B. Gorrill

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 6 of 6 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdfO9 | Total Noticed: 42 |

        on behalf of Defendant STANTEC CONSULTING SERVICES  INC. fka MWH GLOBAL, INC. tom@gorillalaw.com, r53431@notify.bestcase.com

Thomas E. McCurnin

        on behalf of Defendant Quick Bridge Funding  LLC tmccurnin@bkolaw.com, kescano@bkolaw.com,achavez@bkolaw.com

Thomas E. McCurnin

        on behalf of Creditor Quick Bridge Funding LLC tmccurnin@bkolaw.com  kescano@bkolaw.com,achavez@bkolaw.com

United States Trustee

        ustp.region15@usdoj.gov


TOTAL: 80